**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7019

COREY JAWAN ROBINSON,

Plaintiff - Appellant,

v.

CAPTAIN T. CLARK; MS. D. BAILEY, Classification; LIEUTENANT
J. WILLIAMS; OFFICER MOSHER; LOLITA M. LEE; SHERISSE D.
BIRCH; LORETTA AIKEN; WARDEN WAYNE MCCABE; IGC B. J. THOMAS;
OFFICER J. MIDDLETON; OFFFICER JEREMY JOHNSON; NURSE LUANNE
MAUNEY; NURSE J. SCOTT; ANN HALLMAN; OFFICER TABITHA FORD;
MS. S. JONES; MAJOR THIERRY NETTLES; ASSOCIATE WARDEN FRED
THOMPSON; WILLIAM BRIGHTHARP; CAPTAIN ANN SHEPPARD,

Defendants – Appellees,

and

SERGEANT J. ARANDA; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  J. Michelle Childs, District
Judge. (5:12-cv-00502-JMC)

Submitted: October 17, 2013          Decided: October 21, 2013

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corey Jawan Robinson, Appellant Pro Se.  Elloree Ann Ganes, Thomas Happel Scurry, HOOD LAW FIRM, Charleston, South Carolina; Michael Charles Tanner, MICHAEL C. TANNER LAW OFFICE, Bamberg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Jawan Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Clark, No. 5:12-cv-00502-JMC (D.S.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3